UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARDEN CITY BOXING CLUB, INC.
                Plaintiff,              Index # 07-CV-05930

  -against-

                                             **CERTIFICATE OF SERVICE**

RICARDO MARTINEZ
d/b/a RM LOUNGE
a/k/a LUCKY 7
and RICARDO MARTINEZ
                Defendants,
_____

      I certify that a copy of the Order Rescheduling and Initial Pretrial Conference and Consent Scheduling Order was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on September 17, 2007:

To:    Ricardo Martinez
        d/b/a RM Lounge a/k/a Lucky 7
        658 Dawson St.
        Bronx, NY 10455

        Ricardo Martinez
        658 Dawson St.
        Bronx, NY 10455


                              By:    /s/ Lucille Eichler
                                    Lucille Eichler
                                    Paul J. Hooten & Associates
                                    5505 Nesconset Highway, Suite 203
                                    Mt. Sinai, NY 11766