UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARDEN CITY BOXING CLUB, INC.
        Plaintiff,                Index # 07-CV-05930

    -against-                  **CERTIFICATE OF SERVICE**

RICARDO MARTINEZ
d/b/a/ RM LOUNGE
a/k/a LUCKY 7
and RICARDO MARTINEZ
        Defendants,
_____

    I certify that a copy of the Email from Andrew Mohan was sent DHL Overnight mail addressed to each of the following on October 22, 2007:

To:  Ricardo Martinez
     D/b/a/ RM Lounge a/k/a Lucky 7
     658 Dawson St.
     Bronx, NY 10455

     Ricardo Martinez
     658 Dawson St.
     Bronx, NY 10455

                    By: /s/ Melody Goetz
                        Melody Goetz
                        Paul J. Hooten & Associates
                        Attorney for Plaintiff
                        5505 Nesconset Hwy., Suite 203
                        Mt. Sinai, New York, 11766
                        (631) 331-0547