UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
J & J SPORTS PRODUCTIONS, INC.,

                    Plaintiff,

      -against-                               07 Civ. 5930 (LAK)

RICARDO MARTINEZ,

                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's motion for a default judgment fails to comply with S.D.N.Y. Civ. R. 55.1-55.2 and therefore is denied.

        Absent the filing, on or before November 30, 2007, by plaintiff of a proper motion for a default judgment, the action will be dismissed for lack of prosecution.

        SO ORDERED.

Dated:      November 16, 2007

                                                      Lewis A. Kaplan
                                           United States District Judge