```
                                         ┌─────────────────────────────┐
                                         │    SDNY                      │
                                         │  DOCUMENT                    │
                                         │  ELECTRONICALLY FILED        │
                                         │  DOC #: _____      │
                                         │  DATE FILED: _1/16/08_       │
                                         └─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
J&J SPORTS PRODUCTIONS, INC.,

              Plaintiff,

        -against-                                07-cv-05930 (LAK)

RICARDO MARTINEZ,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HON. LEWIS A KAPLAN:

ORDER

        By Order dated November 16, 2007, plaintiff was warned this case would be dismissed for lack of prosecution if a proper motion for a default judgment had not been filed on or before November 30, 2007. Since no such filing has been made either before or after the deadline, accordingly, this case is dismissed for lack of prosecution. The Clerk of Court is directed to close this case.

SO ORDERED.

                                             _____
                                         UNITED STATES DISTRICT JUDGE

Dated:       New York, N.Y.
             January 15, 2008